# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141578 & (14)(15)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RICKY LEE McCLINTON,
      Defendant-Appellant.

SC: 141578
COA: 296716
Calhoun CC: 2000-002897-FC

_____/

      On order of the Court, the motion to amend the application for leave to appeal is GRANTED. The application for leave to appeal the August 3, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for immediate consideration for reproduction of all records and video recordings is DENIED. MCR 6.001(D)(3).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

p1115